ARW:rlr
AO 91 (Rev. 11/11) Criminal Complaint

2020R00270

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

(1) MICHAEL ROBERT SOLOMON, and
(2) BENJAMIN RYAN TEETER,

Case No. 20-mj-668 TNL

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about June 1, 2020, through on or about September 3, 2020, in Hennepin County, in the State and District of Minnesota, defendants

conspired and attempted to provide material support to a designated foreign terrorist organization in violation of Title 18, United States Code, Section(s) 2339B and 2

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Thomas E. Wilberg, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 3, 2020

_____
Judge's Signature

City and State: Minneapolis, MN

The Honorable Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*