# PAUL ENGH                                              (612) 252-1100

**LAWYER**                                              SUITE 260
                                                        650 THIRD AVENUE SOUTH
                                                        MINNEAPOLIS, MN 55402
                                                        FAX: (612) 339-7851

September 11, 2020

Magistrate Judge Elizabeth Cowan Wright
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: <u>United States v. Michael Robert Solomon</u>, 20-668M-001

Dear Magistrate Judge Wright,

After a zoom consultation this morning, Mr. Solomon has agreed to waive his right to a detention hearing.  He consents, as well, to an Order of detention.  The defense thus requests the hearing, scheduled for September 15, 2020, be stricken for this Court's calendar.

                                        Sincerely yours,

                                        /s/ Paul Engh

                                        Paul Engh

PE/cm
cc:  Drew Winter, AUSA
     Michael Robert Solomon