| | |
|---|---|
| **PAUL ENGH** | **(612) 252-1100** |
| **LAWYER** | **SUITE 260**<br>**650 THIRD AVENUE SOUTH**<br>**MINNEAPOLIS, MN 55402**<br>**FAX: (612) 339-7851** |

December 10, 2020

Magistrate Judge Elizabeth Cowan Wright
United States Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: <u>United States v. Michael Robert Solomon</u>, 20-193 (MJD/ECW)

Dear Magistrate Judge Wright,

Mr. Solomon will not be filing pretrial motions.  Best.

                                                            Sincerely yours,

                                                            /s/ Paul Engh

                                                            Paul Engh

PE/cm
cc:  Drew Winter, AUSA
     Michael Robert Solomon