UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR-20-193 (1) (MJD/ECW)

_____

United States of America,

       Plaintiff,

vs.                                  **ORDER**

Michael Robert Solomon,

       Defendant.

_____

      This matter comes before the Court on Mr. Solomon's Motion for Extension of PSR Deadlines, timely filed on June 26, 2021.  Docket Entry 67.  Good cause having been shown, it is hereby

      ORDERED that Mr. Solomon's Motion is granted and the deadline for filing his initial objections to the PSR is continued to the close of business, July 20, 2021.

Dated:  July 8, 2021                                    s/Michael J. Davis_____
                                                          Michael J. Davis
                                                          United States District Court